1  LAURA M. KAM (AZ Bar No. 025918)
   laura.kam@dlapiper.com
2  **DLA PIPER LLP (US)**
   2525 East Camelback Road, Suite 1000
3  Phoenix, Arizona 85016
   Telephone: (480) 606-5100
4  Facsimile: (480) 606-5101
   dlaphx@dlapiper.com
5
   *Attorneys for Defendant*
6  *Acronis North America Inc.*

7  BRAD A. DENTON (AZ Bar No. 016454)
   brad@dentonpeterson.com
8  TIMOTHY F. COONS (AZ Bar No. 031208)
   timothy@dentonpeterson.com
9  **DENTON PETERSON, PC**
   1930 North Arboleda Road, Suite 200
10 Mesa, Arizona 85213
   Telephone: (480) 325-9900
11 Facsimile: (480) 325-9901

12 *Attorneys for Plaintiff*
   *Jeremy Huckaby*
13

14          **IN THE UNITED STATES DISTRICT COURT**

15                  **DISTRICT OF ARIZONA**

16 Jeremy Huckaby, Individually, and on          No. 2:18-cv-01650-SRB
   Behalf of All Others Similarly Situated,
17
                        Plaintiff,
18                                               **NOTICE OF SETTLEMENT**
19          v.
                                                 (Honorable Susan R. Bolton)
20 Acronis North America Inc., a foreign
   corporation,
21
                        Defendant.
22

23          The parties to the above-captioned action hereby give notice that they have

24 reached a settlement in principle, which will resolve all claims in this action. The parties

25 are working diligently to prepare and execute a mutually-acceptable settlement

26 agreement, and anticipate filing a Stipulation for Dismissal within ten (10) days or by

27 Friday, August 24, 2018.

28 *///*

1   RESPECTFULLY SUBMITTED this 14th day of August, 2018.

2   **DLA PIPER LLP (US)**

3   By: *s/ Laura M. Kam*

4   LAURA M. KAM (AZ Bar No. 025918)
    2525 East Camelback Road, Suite 1000

5   Phoenix, Arizona  85016
    Telephone:  (480) 606-5100

6   Facsimile:  (480) 606-5101

7

8   *Attorneys for Defendant*
    *Acronis North America Inc.*

9

10  **DENTON PETERSON, PC**

11

12  By: *s/ Timothy F. Coons (with permission)*
    BRAD A. DENTON (Bar No. 016454)

13  TIMOTHY F. COONS (Bar No. 031208)
    1930 North Arboleda Road, Suite 200

14  Mesa, Arizona 85213

15  Telephone:  (480) 325-9900
    Facsimile:  (480) 325-9901

16

17  *Attorneys for Plaintiff*
    *Jeremy Huckaby*

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2018, a true and correct copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. A copy of the foregoing was also provided via email to the following parties:

Brad A. Denton
Timothy F. Coons
DENTON PETERSON, PC
1930 N. Arboleda Road, Suite 200
Mesa, Arizona 85213
Telephone: (480) 325-9900
brad@dentonpeterson.com
timothy@dentonpeterson.com

*Attorneys for Plaintiff*
*Jeremy Huckaby*

*s/ Marlena Soto*