# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Huckaby,<br><br>   Plaintiff,<br><br>v.<br><br>Acronis North America Incorporated,<br><br>   Defendant. | No. CV-18-01650-PHX-SRB<br><br>**ORDER** |

On August 16, 2018, upon receipt of a Notice of Settlement, this Court issued an order that this case would be dismissed with prejudice within 10 days of the date of the order based on counsel's statement that a Stipulation for Dismissal would be filed by August 24, 2018. As of the date of this order, no stipulation to dismiss has been filed.

IT IS ORDERED dismissing this case with prejudice.

Dated this 5th day of September, 2018.

_____
Susan R. Bolton
United States District Judge